UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-CV-24741-SCOLA/Otazo-Reyes

FISHER ISLAND CLUB, INC., a Florida not-for-profit corporation, and FISHER ISLAND HOLDINGS, LLC, a Florida limited liability Company,

        Plaintiffs,

v.

ARBOLEYA SULICHIN INTERNATIONAL MARKETING, LLC, a Florida limited liability Company; BLUMAR MEDIA, INC., a Florida for profit corporation; FISHER ISLAND MAGAZINE, LLC, a Florida limited liability company; SILVIO SULICHIN, individually, and MINERVA ARBOLEYA, individually,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

In accordance with the Court's Scheduling Order [DE 38] the Parties hereby notify this Honorable Court that settlement of the within matter has been reached by all parties. The parties will enter into a written Settlement Agreement, which will be filed under seal with the Court and will be subject to enforcement by the Court. The litigation will be terminated by means of a Final Judgment and Permanent Injunction on Consent, which will be attached as an exhibit to the Settlement Agreement and submitted to the Court for approval at the earliest opportunity.

*[signature on following page]*

Case No. 14-24741-CV-SCOLA

Date:   April 20, 2015                    Respectfully submitted,

**LOTT & FISCHER, PL**

s/ Leslie J. Lott
Leslie J. Lott
Florida Bar No. 182196
E-mail: ljlott@lottfischer.com
Adam Diamond
Florida Bar No. 091008
E-mail: adiamond@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail:  nrashkind@lottsfischer.com
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 448-7089 Facsimile: (305) 446-6191

and

Michael D. Katz
Florida Bar No. 1278731
E-mail: mdk@katzbarron.com
**KATZ BARRON SQUITERO FAUST**
2699 S. Bayshore Drive, Seventh Floor
Miami, FL  33133-5408
Telephone:  (305) 856-2444
Facsimile:  (305) 285-9227

*Attorneys for Plaintiff Fisher Island Club, Inc.*

John F. O'Sullivan
Florida Bar No. 143154
E-mail: john.osullivan@hoganlovells.com
Clayton P. Solomon
Florida Bar No. 072851
E-mail: clayton.solomon@hoganlovells.com
**HOGAN LOVELLS US LLP**
600 Brickell Avenue, Suite 2700
Miami, FL  33131
Telephone: (305) 459-6672
Facsimile: (305) 459-6550

*Attorneys for Plaintiff Fisher Island Holdings, LLC*

Case No. 14-24741-CV-SCOLA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Leslie J. Lott
Leslie J. Lott

## SERVICE LIST

*Fisher Island Club, Inc., et al. v. Arboleya Sulichin Intern'l Marketing, LLC, et al.*
United States District Court, Southern District of Florida
Case No. 1:14-cv-24741-SCOLA-Otazo-Reyes

Service via CM/ECF generated Notices of Electronic Filing:

Michael L. Santucci
E-mail:  mis@500law.com;
docketing@500law.com;
ddevine@500law.com
**SANTUCCI PRIORE, PL**
Museum Plaza
200 South Andrews Avenue, Suite 100
Fort Lauderdale, FL  33301
Telephone:  (954) 351-7474
Facsimile:  (954) 351-7475
*Attorneys for Defendants*